## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AGDP HOLDING INC., *et al.*, | ) | Case No. 25-11446 (MFW) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

     Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Adam C. Harris of McDermott Will & Schulte LLP, 919 Third Avenue, New York, New York 10022, to represent AG Acquisition 1 LLC in these cases.

Dated: August 4, 2025

/s/ *David R. Hurst*
David R. Hurst (I.D. No. 3743)
Andrew A. Mark (I.D. No. 6861)
MCDERMOTT WILL & SCHULTE LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
dhurst@mwe.com
amark@mwe.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

     Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the U.S. District Courts for the Eastern and Southern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: August 4, 2025

/s/ *Adam C. Harris*
Adam C. Harris
MCDERMOTT WILL & SCHULTE LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
adam.harris@srz.com

### ORDER GRANTING MOTION

     IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.