AGDP Holding Inc. 25-11446

August 5, 2025 at 11:30 am

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Peter | Amend | McDermott Will & Schulte LLP | AG Acquisition 1 LLC | 25-11446-MFW | Video and Audio |
| Rick | Archer | Law360 | | 25-11446-MFW | Audio Only |
| Sean | Beach | Young, Conaway, Stargatt & Taylor | Debtors | 25-11446-MFW | Video and Audio |
| Richard | Bixter | Holland & Knight LLP | Alter Domus (US) LLC | 25-11446-MFW | Audio Only |
| Troy | Bollman | Young Conaway Stargatt & Taylor, LLP | | 25-11446-MFW | Video and Audio |
| Max | Burack | | | 25-11446-MFW | Audio Only |
| Emlyn | Cameron | | | 25-11446-MFW | Audio Only |
| Charles | Ciongoli | LiveStyle Holdings, Inc. | LiveStyle Holdings, Inc. (creditor) | 25-11446-MFW | Video and Audio |
| Jason | Cohen | | | 25-11446-MFW | Video and Audio |
| Reuben | Dizengoff | Schulte Roth & Zabel LLP | AG Acquisition 1 LLC | 25-11446-MFW | Audio Only |
| Shari | Dwoskin | Brown Rudnick LLP | | 25-11446-MFW | Audio Only |
| Kenneth | Enos | Young, Conaway, Stargatt & Taylor, LLP | Debtors | 25-11446-MFW | Video and Audio |
| S. Alexander | Faris | Young Conaway Stargatt & Taylor, LLP | Debtors | 25-11446-MFW | Video and Audio |
| Jeffrey | Gasbarra | | | 25-11446-MFW | Video and Audio |
| Sarah | Gawrysiak | | Debtors | 25-11446-MFW | Video and Audio |
| Clara | Geoghegan | Law360 | | 25-11446-MFW | Audio Only |
| Stephen | Golmont | | | 25-11446-MFW | Video and Audio |
| Kevin | Guerke | Young Conaway | Debtors | 25-11446-MFW | Video and Audio |
| Jason | Gusciora | | | 25-11446-MFW | Audio Only |
| Adam | Harris | McDermott Will & Schulte LLP | AG Acquisition 1 LLC | 25-11446-MFW | Video and Audio |
| Taylor | Harrison | | | 25-11446-MFW | Audio Only |
| David | Hurst | McDermott Will & Emery LLP | AG Acquisition 1 LLC | 25-11446-MFW | Video and Audio |
| Alec | Ifshin | | | 25-11446-MFW | Video and Audio |
| Dietrich | Knauth | Reuters | media | 25-11446-MFW | Audio Only |
| Andrew | Lee | Young Conaway Stargatt & Taylor | Debtors | 25-11446-MFW | Video and Audio |
| Justin | Lee | Wuersch & Gering LLP | Nova Traffic AG | 25-11446-MFW | Video and Audio |
| Jonathan | Lipshie | DOJ-Ust | UST | 25-11446-MFW | Video and Audio |
| Marine | Loison | | | 25-11446-MFW | Audio Only |
| Jonathan | Mammele | Mamal, Inc. | Heini LLC | 25-11446-MFW | Video and Audio |
| Dennis | Meloro | Greenberg Traurig, P.A | Greenberg Traurig, LLP | 25-11446-MFW | Video and Audio |
| Edmon | Morton | Young Conaway Stargatt & Taylor, LLP | Debtors | 25-11446-MFW | Video and Audio |
| James | Nani | Bloomberg Law | Bloomberg Law | 25-11446-MFW | Audio Only |
| Renae | Pagano | Young Conaway Stargatt & Taylor, LLP | Debtors | 25-11446-MFW | Video and Audio |
| Nimesh | Patel | | | 25-11446-MFW | Video and Audio |
| Jonathan | Randles | | Bloomberg News | 25-11446-MFW | Audio Only |

AGDP Holding Inc. 25-11446
August 5, 2025 at 11:30 am

| First | Last | Firm | Party | Case | Mode |
|---|---|---|---|---|---|
| Justin | Rappaport | Hinshaw & Culbertson LLP | TVT Capital Source | 25-11446-MFW | Video and Audio |
| Gary | Richards | | | 25-11446-MFW | Video and Audio |
| Evan | Saruk | Young Conaway Stargatt & Taylor | Debtors | 25-11446-MFW | Video and Audio |
| Michael | Sicari | | | 25-11446-MFW | Audio Only |
| Francis | Sirkka | | Heini | 25-11446-MFW | Video and Audio |
| Justin | Smith | | Heini Limited Liability Company | 25-11446-MFW | Video and Audio |
| Henry | Sorpol | | | 25-11446-MFW | Audio Only |
| Jessica | Steinhagen | | | 25-11446-MFW | Audio Only |
| Vince | Sullivan | Law360 | | 25-11446-MFW | Audio Only |
| Zain | Syedain | Willkie Farr & Gallagher LLP | WRE Holdings | 25-11446-MFW | Video and Audio |
| Noah | Tavares | | | 25-11446-MFW | Audio Only |
| Allison | Thrush | | | 25-11446-MFW | Video and Audio |
| Jeremy | VanEtten | SC&H Group | Interested Party | 25-11446-MFW | Audio Only |
| Adam | Vancisin | AlixPartners, LLP | | 25-11446-MFW | Audio Only |
| E-Fei | Wang | | | 25-11446-MFW | Audio Only |
| Genevieve | Weiner | Sidley Austin LLP | | 25-11446-MFW | Audio Only |
| Ryan | Williams | | | 25-11446-MFW | Video and Audio |
| Alex | Wittenberg | Law360 | | 25-11446-MFW | Audio Only |
| Cat | Zhang | | | 25-11446-MFW | Audio Only |