**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGDP HOLDING INC., *et al.*,[1] | Case No. 25-11446 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref: Docket Nos. 12 & 30 |

**CERTIFICATION OF COUNSEL SUBMITTING *FURTHER REVISED* PROPOSED INTERIM ORDER PURSUANT TO SECTIONS 105, 361, 362, 363, 364, 503 AND 507 OF THE BANKRUPTCY CODE (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING; (II) GRANTING (A) LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS AND (B) ADEQUATE PROTECTION TO CERTAIN PREPETITION LENDERS; (III) AUTHORIZING USE OF CASH COLLATERAL; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF**

On August 4, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105, 361, 362, 363, 364, 503 And 507 of the Bankruptcy Code (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Scheduling A Final Hearing; and (V) Granting Related Relief* [Docket No. 12] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court") seeking approval of the proposed interim order attached thereto as **Exhibit A** (the "Proposed Interim Order").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals, LLC (8854); Made Event, LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

33430475.1

On August 5, 2025, the Court held a hearing (the "Hearing") to consider, among other things, approval of the Proposed Interim Order. Prior to the Hearing, the Debtors filed the *Notice of Filing of Revised Proposed Interim Order Pursuant to Sections 105, 361, 362, 363, 364, 503 And 507 of the Bankruptcy Code (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Scheduling A Final Hearing; and (V) Granting Related Relief* [Docket No. 30] (the "Revised Proposed Interim Order"). As announced at the Hearing, the Court indicated that it would grant the Revised Proposed Interim Order, subject to certain revisions as set forth on the record, which would resolve issues raised by the Office United States Trustee for the District of Delaware (the "U.S. Trustee").

In accordance with the record at the Hearing, and pursuant to discussions with the U.S. Trustee, the Debtors have revised the Revised Proposed Interim Order, as reflected in the proposed form of order attached hereto as **Exhibit 1** (the "Further Revised Proposed Interim Order"). For the convenience of the Court and other interested parties, a blackline comparing the Further Revised Proposed Interim Order to the Revised Proposed Interim Order is attached hereto as **Exhibit 2**. The Debtors have circulated the Further Revised Proposed Interim Order to counsel for the U.S. Trustee and counsel for the DIP Lenders, and each party has advised that it does not oppose entry of the Further Revised Proposed Interim Order.

WHEREFORE, the Debtors submit that the Further Revised Proposed Interim Order is appropriate and consistent with the relief requested in the Motion and is consistent with the record at the Hearing. Accordingly, the Debtors respectfully request that the Court enter the Further Revised Proposed Interim Order at its earliest convenience without further notice or hearing.

Dated: August 5, 2025
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ S. Alexander Faris*
Edmon L. Morton (No. 3856)
Sean M. Beach (No. 4070)
Kenneth J. Enos (No. 4544)
S. Alexander Faris (No. 6278)
Sarah Gawrysiak (No. 7403)
Evan S. Saruk (No. 7452)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: sbeach@ycst.com
       emorton@ycst.com
       kenos@ycst.com
       afaris@ycst.com
       sgawrysiak@ycst.com
       esaruk@ycst.com

*Proposed Counsel to the Debtors and Debtors in Possession*

33430475.1