# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 8/14/2025 |
| Case: 25−11446−MFW | Form ID: pdf341 | Total: 27 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Albert Kass | ECFpleadings@kccllc.com |
| aty | Andrew A Mark | amark@mwe.com |
| aty | David R. Hurst | dhurst@mwe.com |
| aty | Evan Saruk | esaruk@ycst.com |
| aty | Eyal Dror | edror@triefandolk.com |
| aty | Howard M Ehrenberg, I | howard.ehrenberg@gmlaw.com |
| aty | Jonathan Lipshie | jon.lipshie@usdoj.gov |
| aty | Lee Squitieri | lee@sfclasslaw.com |
| aty | Michael I. Gottfried | MGottfried@elkinskalt.com |
| aty | S. Alexander Faris | afaris@ycst.com |
| aty | Sarah Gawrysiak | sgawrysiak@ycst.com |
| aty | Sean Matthew Beach | sbeach@ycst.com |
| aty | Shelly L. Friedland | shelly.friedland@parkerpohl.com |
| aty | Victor A. Sahn | victor.sahn@gmlaw.com |
| aty | William F. Taylor, Jr | wtaylor@whitefordlaw.com |

TOTAL: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | AGDP Holding Inc. | 140 Stewart Ave    Brooklyn, NY 11237 |
| trans | Reliable | 1007 North Orange Street    Suite 100    Wilmington, DE 19801 |
| clagent | Kurtzman Carson Consultants, LLC dba Verita Global | 222 N. Pacific Coast Highway    Suite 300    El Segundo, CA 90245 |
| aty | Adam C. Harris | McDermott Will & Schulte LLP    919 Third Avenue    New York, NY 10022 |
| aty | Howard Ehrenberg | Greenspoon Marder LLP    1875 Century Park East, Suite 1900    Los Angeles, CA 90067 UNITED STATES |
| aty | Lauren N. Gans | Elkins Kalt Weintraub Reuben Gartside LL    10345 W. Olympic Boulevard    Los Angeles, CA 90064 |
| aty | Peter J. Amend | McDermott Will & Schulte LLP    919 Third Avenue    New York, NY 10022 |
| aty | Robert Wessely | Greenspoon Marder LLP |
| aty | Roye Zur | Elkins Kalt Weintraub Reuben Gartside LL    10345 W. Olympic Blvd    Los Angeles, CA 90064 UNITED STATES |
| 19939689 | ANTHONY J CENTONE, P.C. | 1950 E. MAIN STREET, S. 205A    MOHEGAN LAKE, NY 10547 |
| 19939690 | DOMINIC CAPPELLETTI d/b/a NIGHTMODE VIDEO, INC. | 211 W. LAKE BLVD    MAHOPAC, NY 10541 |

TOTAL: 11