# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EZ FESTIVALS LLC | Case No.: 1:25-bk-11444-MFW |
| AVANT GARDNER, LLC | 1:25-bk-11443-MFW |
| MADE EVENT LLC | 1:25-bk-11442-MFW |
| REYNARD PRODUCTIONS LLC | 1:25-bk-11447-MFW |
| AGDP HOLDING INC. | 1:25-bk-11446-MFW |
| AG MANAGEMENT POOL LLC | |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2022, 9007 and 1109(b), 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enters their appearance as counsel for Nicole Brockmole, Lauren Bair, Nick Ercklentz, individually and on behalf , and a class of all persons similarly situated (the "Class Group") in the above-captioned case and request that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

> SQUITIERI & FEARON, LLP
> Lee Squitieri, Esq.
> 205 Hudson Street, 7th Floor
> New York, New York 10013
> Telephone: (212) 421-6492
> Email: lee@sfclasslaw.com

---

[1] The Debtors in these Chapter 11 cases, along with the four digits of each Debtor's federal tax identification number, as applicable, are as follows: Avant Gardner LLC (6504), EZ Festivals LLC (8854), AGDP Holding Inc. (6404), AG Management Pool LLC (9962), Made Event LLC (6272), Reynard Productions LLC (3431). The Debtors' mailing address is:

1

>MOORE LAW, PLLC
>Fletcher Moore, Esq.
>30 Wall Street, 8th Floor
>New York, New York 10005
>Telephone: (212) 709-8245
>Email: fletcher@fmoorelaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance and Request for Notices shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of the Class Group including, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Class Group is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until the Class Group expressly states otherwise, the Class Group does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent

of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: August 8, 2024  
       Wilmington, Delaware

Respectfully submitted

*/s/Lee Squitieri*  
Lee Squitieri, Esq.  
SQUITIERI & FEARON, LLP  
205 Hudson Street, 7th Floor  
New York, New York 10013  
Telephone: (212) 421-6492  
Email: lee@sfclasslaw.com

MOORE LAW, PLLC  
Fletcher Moore, Esq.  
30 Wall Street, 8th Floor  
New York, New York 10005  
Telephone: (212) 709-8245  
Email: fletcher@fmoorelaw.com