IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EZ FESTIVALS, LLC, et al., | Case No.: 1:25-bk-11444-MFW |
| | 1:25-bk-11442-MFW |
| Debtors.[1] | 1:25-bk-11443-MFW |
| | 1:25-bk-11446-MFW |
| | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2022, 9007 and 1109(b), 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enters their appearance as counsel for Anthony Palie, Dakota Bedell, Carl Corbo, Annabel Gould, Dolores Thompson, and Bridgette Winkelmann, AND A CLASS OF ALL PERSONS SIMILARLY SITUATED in the above-captioned case (the "Class Group") and request that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

> PARKER POHL LLP
> Shelly L. Friedland, Esq.
> 99 Park Avenue, Suite 1510
> New York, New York 10016
> Telephone: (212) 202-8886
> Email: shelly.friedland@parkerpohl.com

---

[1] The Debtors in these Chapter 11 cases, along with the four digits of each Debtor's federal tax identification number, as applicable, are as follows: Made Event LLC (6272) (Index No. 1:25-bk-11442-MFW); Avant Gardner LLC (6504) (Index No. 1:25-bk-11443-MFW); EZ Festivals LLC (8854) (Index No. 1:25-bk-11444-MFW); AG Management Pool LLC (9962) (Index No. 1:25-bk-11445-MFW); AGDP Holding Inc. (6404) (Index No. 1:25-bk-11446-MFW); and Reynard Productions LLC (3431) (Index No. 1:25-bk-11447-MFW). The Debtors' mailing address is: 140 Stewart Ave., Brooklyn, NY 11237.

1

>TRIEF & OLK
>Eyal Dror, Esq.
>800 Third Avenue, 29th Floor
>New York, New York 10022
>Telephone: (212) 486-6060
>Email: edror@triefandolk.com

*All of the foregoing appearing on behalf of the aforementioned individuals and on behalf of all others similarly situated.*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance and Request for Notices shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of the Class Group including, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Class Group is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until the

Class Group expressly states otherwise, the Class Group does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: August 13, 2025  
      Wilmington, Delaware

Respectfully submitted

*/s/Shelly L. Friedland*  
Shelly L. Friedland, Esq.  
PARKER POHL LLP  
99 Park Avenue #1510  
New York, New York 10016  
Telephone: (212) 202-8886  
Email: shelly.friedland@parkerpohl.com

*/s/Eyal Dror*  
Eyal Dror, Esq.  
TRIEF & OLK  
800 Third Avenue, 29th Floor  
New York, New York 10017  
Telephone: (212) 486-6060  
Email: edror@triefandolk.com