IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGDP HOLDING INC., *et al.*,[1] | Case No. 25-11446 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref: Docket Nos. 5 & 36 |

**SUPPLEMENT TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO PAY CERTAIN TAXES AND FEES AND (II) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") respectfully state as follows in this supplement to the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 5] (the "Taxes Motion"[2] and this supplement thereto, the "Supplement").

1.     On August 4, 2025, the Debtors filed the Taxes Motion, which requested, among other things, authority to satisfy Taxes and Fees that arose prior to the Petition Date in the interim amount of up to $500,000 and in an unlimited amount on a final basis.

2.     On August 5, 2025, the Court entered the *Interim Order (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 36], which authorized the Debtors to pay up to $500,000 on account of Taxes and Fees.

3.     The Taxes Motion indicates that the Debtors remit payment to the State of New York in the amount of $40,000 per month with respect to certain past due sales taxes (the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Taxes Motion.

33437035.4

"<u>New York Arrangement</u>"). Taxes Motion ¶ 3. The Debtors hereby submit this Supplement to explain in more detail the New York Arrangement, and request relief from the Court with respect to honoring their obligations under the New York Arrangement.[3]

4. In the years preceding the Petition Date, the Debtors did not timely remit payment of sales taxes owed to the State of New York. As a result, the Debtors owe the State of New York approximately $2.5 million for past due sales taxes for the second and third quarters of 2023. Through the Taxes Motion and subject to entry of the Final Order, the Debtors seek to continue to honor their obligations under the New York Arrangement throughout the course of these chapter 11 cases.

5. Maintenance of the New York Arrangement will enable the Debtors to preserve the informal negotiated agreement reached between the Debtors and the State of New York and preserve goodwill on a go-forward basis. Moreover, pursuant to section 507(a)(8)(C) of the Bankruptcy Code, these taxes may be entitled to priority treatment requiring payment in full to confirm a chapter 11 plan, and thus continuing the New York Arrangement provides accelerated timing to the State of New York's recovery rather than an enhanced recovery on the tax claims. Finally, the State of New York may assert that the Taxes and Fees subject to the New York Arrangement are so-called "trust fund" taxes that the Debtors are required to collect from third parties and hold in trust for the benefit of the State of New York, and therefore, such Taxes and Fees may not constitute property of the Debtors' estates.

---

[3] The budget, attached as Exhibit C to the Court's *Interim Order Pursuant to Sections 105, 361, 362, 363, 364, 503 and 507 of the Bankruptcy Code (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 46] provides for payment of these obligations.

6.  For the reasons herein, the Debtors have revised the Proposed Final Order to the Taxes Motion (the "Revised Proposed Final Order"), which is attached hereto as **Exhibit A**, seeking authority to continue the New York Arrangement during these chapter 11 cases, and proposing a final cap of $800,000 to account for payments under the New York Arrangement and other Taxes and Fees that may become payable in the ordinary course.

7.  For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Final Order to the Proposed Final Order is attached hereto as **Exhibit B**.

## NOTICE

8.  Notice of this Supplement to the Taxes Motion has been provided to: (a) the Office of the United States Trustee for the District of Delaware; (b) the holders of the thirty (30) largest unsecured claims against the Debtors; (c) Alter Domus (US) LLC, in its capacity as administrative agent and collateral agent under the Prepetition Financing Agreement and the DIP Facility; (d) counsel to the DIP Lenders and Prepetition Term Loan Lender; (e) counsel to LiveStyle; (f) the United States Attorney's Office for the District of Delaware; (g) the Internal Revenue Service; (h) the Taxing Authorities; and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

*[Remainder of page intentionally left blank.]*

WHEREFORE, the Debtors respectfully request entry of the Revised Proposed Final Order, substantially in the forms attached hereto as **Exhibit A**, granting the relief requested in the Taxes Motion, as supplemented herein, and granting such other relief as is just and proper.

Dated: August 14, 2025
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Sarah Gawrysiak*
Edmon L. Morton (No. 3856)
Sean M. Beach (No. 4070)
Kenneth J. Enos (No. 4544)
S. Alexander Faris (No. 6278)
Sarah Gawrysiak (No. 7403)
Evan S. Saruk (No. 7452)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  emorton@ycst.com
     sbeach@ycst.com
     kenos@ycst.com
     afaris@ycst.com
     sgawrysiak@ycst.com
     esaruk@ycst.com

*Proposed Counsel to the Debtors and Debtors in Possession*