**Exhibit A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGDP HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11446 (MFW)<br><br>(Jointly Administered)<br><br>**Ref: Docket No. \_\_\_** |

**ORDER AUTHORIZING (I) REJECTION OF (A) CERTAIN UNEXPIRED LEASES AND (B) CERTAIN EXECUTORY CONTRACTS, IN EACH CASE, EFFECTIVE AS OF THE REJECTION DATE; AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to sections 105(a), 365(a), and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, (i) authorizing the Debtors to (a) reject certain unexpired leases, effective as of the Rejection Date, and (b) reject certain executory contracts, effective as of the Rejection Date; and (ii) granting related relief; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for hearing on the Motion having been given; and the relief requested in the Motion being in the best

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

33511896.6

interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The relief requested in the Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Agreements, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the Debtors, with such rejections being effective as of the Rejection Date.

3. Any person or entity that holds a claim that arises from the Rejected Agreements must file a proof of claim based on such rejection by the later of (i) the last date and time for each person or entity to file proofs of claim based on prepetition claims against any of the Debtors as set by an order of this Court; or (ii) thirty (30) days after the entry of this Order.

4. Nothing in this Order shall impair, prejudice, waive or otherwise affect any of the rights of the Debtors or any other party to: (a) assert or contest that the Rejected Agreements (i) were terminated on the Rejection Date, or (ii) are not executory contracts or unexpired leases under section 365 of the Bankruptcy Code; (b) assert or contest that any claim for damages arising from the rejection of the Rejected Agreements is limited to the remedies available under any applicable termination provisions of the Rejected Agreements; (c) assert or contest that any such claim is an obligation of a third party, and not that of the Debtors or their estates; or (d) otherwise assert or contest any claims that may be asserted in connection with the Rejected Agreements. All rights, claims, defenses and causes of action that the Debtors and their estates may have against the counterparties to the Rejected Agreements, whether or not such claims arise under, are related

33511896.6

2

to the rejection of, or are independent of the Rejected Agreements, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses and causes of action.  Additionally, all rights, claims, defenses, and causes of action of any counterparty to the Rejected Agreements, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Agreements, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses and causes of action.

5.	Nothing this Order shall be construed to (a) create or perfect, in favor of any person or entity, any interest in cash of a Debtor that did not exist as of the Petition Date or (b) alter or impair any security interest or perfection thereof, in favor of any person or entity, that existed as of the Petition Date.

6.	Nothing in this Order shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

7.	All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

8.	The requirements in Bankruptcy Rules 6006 and 6007 are satisfied.

9.	The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

10.	This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

## **SCHEDULE 1**

**Rejected Agreements**

| Debtor | Counterparty Name | Address1 | Address2 | City | State | Zip | Country | Contract Title |
|---|---|---|---|---|---|---|---|---|
| Avant Gardner, LLC | 2392224 Ontario Inc. Furnishing the Services of HNTR | 468 College St. | | Toronto | ON | M6G 1A1 | Canada | Agreement |
| Avant Gardner, LLC | 4Wall Entertainment, Inc | 1 Carol Place | | Moonachie | NJ | 07074 | usa | Rental Agreement |
| Avant Gardner, LLC | Acraze | 9336 Civic Center Drive | | Beverley Hills | CA | 90210 | USA | Performance Contract |
| Avant Gardner, LLC | Adam Beyer | Can Miguel Tunio, Poligono 26 Parcela 235, Sta Getrudis F - Sta, Eulalie Del Rio | | Ibiza | | 07814 | Spain | Engagement Agreement |
| Avant Gardner, LLC | ADID Events, Inc | 175 Walnut Street, Suite #2 | | Lockport | NY | 14094 | | Event Space License Agreement |
| Avant Gardner, LLC | Adiel | 2 Embarcadero Center | 8th Floor | San Francisco | CA | 94111 | | Artist Engagement |
| Avant Gardner, LLC | Afrojack | 8942 Wilshire Boulevard | | Beverley Hills | CA | 90211 | USA | Performance Contract |
| Avant Gardner, LLC | ARMNHMR | 9336 Civic Center Drive | | Beverley Hills | CA | 90210 | USA | Performance Contract |
| Avant Gardner, LLC | Aurora Talent Agency LLC | 240 Kent Ave Suite: K2/A21E | | Brooklyn | NY | 11249 | | Artist Rider - Konstantin Sibold (Afterlife, Drumcode, Innervisions) |
| Avant Gardner, LLC | Azealia Banks | Ampersand Studios | 31 NE 17th St | Miami | FL | 33132 | USA | Performance Contract |
| Avant Gardner, LLC | Ben Klock | 2 Embarcadero Center | 8th Floor | San Francisco | CA | 94111 | | Artist Engagement |
| Avant Gardner, LLC | Big Wild Touring, Inc. Furnishing the Services of Big Wild | 12 W 37th St, FL 10 | | New York | NY | 10018 | | Performance Contract |
| Avant Gardner, LLC | Black Coffee | 9 Autumn Street | | Rivonia | Johanr | 2191 | SA | Performance Contract |
| Avant Gardner, LLC | Body Hi Touring Inc. Furnishing the Services of Alesso | 15821 Ventura Blvd | | Encino | CA | 91436 | | Agreement |
| Avant Gardner, LLC | Christie Lites New York, LLC | 150 Western Road, Suite 100 | | Kearny | NJ | 07032 | | Christie Lites Terms Summary |
| Avant Gardner, LLC | Christie Lites New York, LLC | 150 Western Road, Suite 100 | | Kearny | NJ | 07032 | | Agreement for Equipment Rental Supplied Without CL Staff |
| Avant Gardner, LLC | Cyclops | 9336 Civic Center Drive | | Beverley Hills | CA | 90210 | | Performance Contract |
| Avant Gardner, LLC | Damien Sibilat aka Grossomoddo | 56 Impasse de Moricaud | | Piolenc | | 84420 | France | Performance Agreement |
| Avant Gardner, LLC | DJ Gigola Furnishing the Services of DJ Gigola | Neuenburgerstr 22a | | Berlin | | 10969 | Germany | Performance Contract |
| Avant Gardner, LLC | DJ Snake Touring, LLC Furnishing the Services of DJ Snake | 1301 6th Ave, 10th Floor | | New York | NY | 10019 | | Performance Contract |
| Avant Gardner, LLC | DN Recordings | 81 Black Prince Road | | London | | SE1 7ET | United Kingdom | Contract re: Event Fees |
| Avant Gardner, LLC | Effin | 9336 Civic Center Drive | | Beverley Hills | CA | 90210 | | Effin Artist Tech, Performance & Hospitality Rider |
| Avant Gardner, LLC | Effin Music LLC F/S/O Effin | 9336 Civic Center Drive | | Beverley Hills | CA | 90210 | | Agreement |
| Avant Gardner, LLC | Ely Oaks | Montignystraat 46 | 2018 - Antwerp | Belgium | | | | Performance Agreement |
| Avant Gardner, LLC | Entertainment Solution LLC | 67 Skidmore Road | | Freehold | NJ | 07728 | | Event Space License Agreement |
| Avant Gardner, LLC | Everyday People | sinclair@everydayppl.nyc | | | | | | Performance Contract |
| Avant Gardner, LLC | FJAAK | Französische Str. 12 | | Berlin | | 100117 | Germany | DJ Set Tech Rider |
| Avant Gardner, LLC | FJAAK Furnishing the Services of FJAAK | Französische Str. 12 | | Berlin | | 100117 | Germany | Agreement |
| Avant Gardner, LLC | Florent Hugel Furnishing the Services of Hugel | 401 Commerce Street, Penthouse | | Nashville | TN | 37219 | | Artist Engagement |
| Avant Gardner, LLC | FLOZONE Furnishing the Services of Flozone | 2545 32nd Ave N | | Saint Petersburg | FL | 33713 | | Performance Contract |
| Avant Gardner, LLC | Gem B.V. F/S/O Bart Skils | 9336 Civic Center Drive | | Beverley Hills | CA | 90210 | | Contract Agreement re: Bart Skils |
| Avant Gardner, LLC | Hardwell | 1000 International Dr | 23rd Floor | Baltimore | MD | 21202 | USA | Performance Contract |
| Avant Gardner, LLC | Hector Oaks | 19 New Road | | Brighton | UK | BN1 1UF | | Contract |
| Avant Gardner, LLC | Hector Oaks | 19 New Road | | Brighton | UK | BN1 1UF | | Technical Rider |
| Avant Gardner, LLC | Hector Oaks | 19 New Road | | Brighton | UK | BN1 1UF | | Hospitality Rider |
| Avant Gardner, LLC | Hello Wood Zrt. | Kisfaludy utca 19. | | Budapest | | 1082 | Hungary | 36 20 499 9692 |
| Avant Gardner, LLC | Hello Wood Zrt. | Kisfaludy utca 19. | | Budapest | | 1082 | Hungary | 36 20 499 9692 |
| Avant Gardner, LLC | Henrik Schwarz | Milinowskistrasse 25 | | Berlin | | | Germany | Agreement |
| Avant Gardner, LLC | HiFX Ltd T/A XE | Level 4, 32 Mahuhu Crescent | | Auckland | | 1010 | New Zealand | Letter re: Duco Events Limited |
| Avant Gardner, LLC | Indira Pagnotto | 2 Embarcadero Center | 8th Floor | San Francisco | CA | 94111 | | Agreement |
| Avant Gardner, LLC | Infected Mushroom | 9336 Civic Center Drive | | Beverley Hills | CA | 90210 | | Performance Contract |
| Avant Gardner, LLC | Jose Antonio Fernandes Coelho f/s/o Tom Enzy | Rua Eduardo Ferreira Pinto Basto | N30 R/c dto | Lisboa | PT | 2605-023 | | Booking Agreement |
| Avant Gardner, LLC | Konstantin Sibold Furnishing the Services of Konstantin Sibold | Auf dem Haigst 2A | | Stuttgart | | 70597 | Germany | Agreement |
| Avant Gardner, LLC | LYNY | 9336 Civic Center Drive | | Beverley Hills | CA | 90210 | | Performance Contract |
| Avant Gardner, LLC | Malugi | Wilhelm-Busch-Strasse 22 | | Berlin | | 12043 | Germany | Performance Contract |
| Avant Gardner, LLC | Matrixxman | Sonnenallee 16 | | Berlin | | 12047 | Germany | Agreement |
| Avant Gardner, LLC | Maz | 8942 Wilshire Boulevard | | Beverley Hills | CA | 90211 | USA | Performance Contract |
| Avant Gardner, LLC | Modul'air BV Furnishing the Services of Pegassi | 405 Lexington Avenue | 19th Floor | New York | NY | 10174 | | Agreement |
| Avant Gardner, LLC | Monumental Productions BV | Isolatorweg 36 | | Amsterdam | | 1014 AS | Netherlands | Co-Promotion Agreement |
| Avant Gardner, LLC | Monumental Productions BV | Isolatorweg 36 | | Amsterdam | | 1014 AS | Netherlands | Co-Promotion Agreement |
| Avant Gardner, LLC | Monumental Productions BV | Isolatorweg 36 | | Amsterdam | | 1014 AS | Netherlands | Co-Promotion Agreement |
| Avant Gardner, LLC | Nora En Pure | 3 Columbus Circle | 23rd Floor | New York | NY | 10019 | | Agreement |

| Debtor | Counterparty Name | Address1 | Address2 | City | State | Zip | Country | Contract Title |
|---|---|---|---|---|---|---|---|---|
| Avant Gardner, LLC | PAUZA | 1820 Lancaster Street Ste 200 | | Baltimore | MD | 21231 | | Confirmation of Artist |
| Avant Gardner, LLC | PRISMA Artists, LLC Furnishing the Services of LAOLU | 1440 Hi Point St, Suite 101 | | Los Angeles | CA | 90035 | | Performance Contract |
| Avant Gardner, LLC | Riot Ten | 10900 Wilshire Blvd #1200 | | Los Angeles | CA | 90024 | | Performance Contract |
| Avant Gardner, LLC | Showtek | 11 Madison Ave | 18th Floor | New York | NY | 10010 | USA | Performance Contract |
| Avant Gardner, LLC | Sonja Melanie Rauschenbach f/s/o Lilly Palmer | 9336 Civic Center Drive | | Beverley Hills | CA | 90210 | | Agreement |
| Avant Gardner, LLC | Sunday Scaries LLC f/s/o Sunday Scaries | 10250 Constellation Blvd Ste 100B | | Los Angeles | CA | 90067 | | Sunday Scaries Contract |
| Avant Gardner, LLC | Supersonic Agency Furnishing the Services of Cornelis Diederik Kamminga (Corren Cavini) | Stadionweg 251-1 | | Amsterdam | | 1076 NX | Netherlands | Agreement |
| Avant Gardner, LLC | Synthony | PO Box 969 | Shortland Street | Auckland | | 1140 | NZ | Performance Contract |
| Avant Gardner, LLC | Terzo Piano LLC f/s/o Meduza | 9000 W Sunset Blvd | 820 Ste. | Los Angeles | LA | 90069 | | Engagement Agreement |
| Avant Gardner, LLC | The Bullitt Agency, Inc. f.s.o. Kasia | 3207a M Street NW | | Washington | DC | 20007 | | Agreement To Engage Talent |
| Avant Gardner, LLC | Timmy Trumpet | 9336 Civic Center Drive | | Beverley Hills | CA | 90210 | USA | Performance Contract |
| Avant Gardner, LLC | Unreal-Systems, Inc. | 8565 W 44th Ave #116 | | Hialeah | FL | 33018 | | Unreal Systems Terms Summary |
| Avant Gardner, LLC | Unreal-Systems, Inc. | 8565 W 44th Ave #116 | | Hialeah | FL | 33018 | | Services Agreement |
| Avant Gardner, LLC | Unreal-Systems, Inc. | 8565 W 44th Ave #116 | | Hialeah | FL | 33018 | | Amendment to Services Agreement |
| Avant Gardner, LLC | Vastive | 10900 Wilshire Blvd #1200 | | Los Angeles | CA | 90024 | | Performance Contract |
| Avant Gardner, LLC | Victor Ruiz | 2 Embarcadero Center | 8th Floor | San Francisco | CA | 94111 | | Engagement |
| Avant Gardner, LLC | Vincent Esteve aka Grossomoddo | 34 Rue des Arrucats | | Pailhès | | 34490 | France | Performance Agreement |