IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGDP HOLDING INC., *et al.*,[1] | Case No. 25-11446 (MFW) |
| Debtors. | (Jointly Administered) |

**CROSS NOTICE OF 30(b)(6) DEPOSITION DIRECTED TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 26, 30(b)(6), and 34 of the Federal Rules of Civil Procedure, as made applicable hereto by Rules 7026, 7030, 7034, and 9014 of the Federal Rules of Bankruptcy Procedure, AG Acquisition 1 LLC ("AG Acquisition"), by and through its undersigned counsel, will take the oral deposition of a witness identified by the Official Committee of Unsecured Creditors (the "Committee") to testify regarding the topics of examination (the "Topics") set forth in Appendix A to the above-captioned Debtors' Notice of Rule 30(b)(6) Deposition to the Committee dated September 12, 2025 (the "Rule 30(b)(6) Notice") in connection with (I) *Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105, 361, 362, 363, 364, 503 and 507 of the Bankruptcy Code (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 12] (the "Final DIP Motion"), (II) *Debtors' Motion for Entry of (I) an*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals, LLC (8854); Made Event, LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

*Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Designate the Stalking Horse Bidder, (C) Scheduling an Auction and a Hearing on the Approval of the Sale of Some, All, or Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter Into the Purchase Agreement(s), (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief; and (II) an Order or Orders (A) Authorizing the Sale of Some, All, or Substantially All of the Debtors' Assets Free and Clear of Encumbrances, (B) Approving the Assumption and Assignment of the Potentially Assigned Contracts, and (C) Granting Related Relief* [Docket No. 62] (the "Bidding Procedures Motion"), and (III) *Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (I) DIP Motion and (II) Sale Mation and Cross-Motion of the Official Committee of Unsecured Creditors for an Order Appointing a Chapter 11 Trustee* [Docket No. 149] (the "Objection" and, collectively with the Final DIP Motion and Bidding Procedures Motion, the "Contested Matters").  AG Acquisition expressly reserves the right to identify additional topics or to amend, alter, revise, or otherwise clarify the topics identified in Appendix A to the Rule 30(b)(6) Notice.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Rule 30(b)(6) Notice, this Rule 30(b)(6) deposition shall take place at the law offices of McDermott Will & Schulte LLP, 919 Third Avenue, New York, NY 10017 on September 26, 2025, beginning at 9:00 a.m. and shall continue from day to day until completed.  A video link will be provided prior to the deposition to give all interested parties who are permitted to observe or participate in such deposition adequate notice and opportunity to do so by phone and/or video.

**PLEASE TAKE FURTHER NOTICE** that as set forth in the Rule 30(b)(6) Notice, the Rule 30(b)(6) Deposition will be taken pursuant to all applicable rules of the Court before a notary

public or other such person authorized by law to administer oaths.  The deposition will be recorded by stenographic means and will also be recorded by audio and video means, including means for the instant display of testimony on computer.

Dated: September 14, 2025
      Wilmington, Delaware

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
Andrew A. Mark (I.D. No. 6861)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Fax: (302) 351-8711
Email: dhurst@mwe.com
       amark@mwe.com

-and-

Adam C. Harris (admitted *pro hac vice*)
Reuben E. Dizengoff (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955
Email: adam.harris@srz.com
       reuben.dizengoff@srz.com

*Counsel for AG Acquisition 1 LLC*