# EXHIBIT A

**Proposed Order**

33627913.5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGDP HOLDING INC., *et al.*,[1] | Case No. 25-11446 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref: Docket No. |

**ORDER (I) APPROVING (A) THE DEBTORS' SEVERANCE PROGRAM AND (B) PAYMENT OF SEVERANCE PAYMENTS THEREUNDER AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of AGDP Holding Inc., and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) approving the Debtors' Severance Program, (b) approving payments made thereunder to eligible full-time employees; (c) and granting related relief, all as more fully set forth in the Motion; and this Court having reviewed the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion or the Plan, as applicable.

33627913.5

it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is HEREBY ORDERED, THAT:

1. The Motion is GRANTED, as set forth herein.

2. The Debtors are authorized to continue the Severance Program described in the Motion pursuant to sections 363 and 503(c) of the Bankruptcy Code.

3. The authorization granted in this Order to make payment of any Severance Payment shall not create any obligation whatsoever on the part of the Debtors, their estates or successor or successors in interest and their respective officers, directors, attorneys, professionals or agents to make payment of any Severance Payment, and none of the foregoing persons shall have any liability whatsoever on account of any decision by the Debtors not to honor the Severance Program.

4. The provisions of this Order shall be binding upon any trustee appointed in the Debtors' cases.

5. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

6. This Court shall retain jurisdiction to hear any and all disputes arising out of the implementation, interpretation, or enforcement of this Order.