## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AGDP HOLDING INC., *et al.*,[1] | Case No. 25-11446 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jonathan J. Thomson, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On October 8, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of an Order (I) Approving the Debtors' (A) Severance Program and (B) Payments Made Thereunder; and (II) Granting Related Relief** [Docket No. 285]

Dated: October 9, 2025

*/s/ Jonathan J. Thomson*
Jonathan J. Thomson
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Committee Member | Aaron Clevenger c/o Wasserman Music LLC | Kelly Weiss | Kelly.weiss@teamwass.com |
| Top 30 | Able Equipment Rental Inc | United Rentals | accountsreceivable@ableequipment.com |
| Top 30 | AEG Presents LLC | | jglancy@bowerypresents.com |
| Alabama State AG | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alaska State AG | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Top 30 | Alex Josowitz | | Email on File |
| Arizona State AG | Arizona Attorney General - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arkansas State AG | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Counsel to Gardner Purchaser, LLC and Stewart Purchaser, LLC | Ballard Spahr LLP | Laurel D. Roglen | roglenl@ballardspahr.com |
| Counsel for Nicole Brockmole, Lauren Bair, Nick Ercklentz, and Putative Class Plaintiffs | Bielli & Klauder, LLC | David M. Klauder | dklauder@bk-legal.com |
| Top 30 | Black Coffee Entertainment (Pty) Ltd | | cristiana@realblackcoffee.net |
| Top 30 | Brookside Environmental, Inc. | | rtaylor@brooksideweb.com |
| Top 30 | BrownTech | | bownetechcorp@gmail.com |
| Top 30 / Committee Member | Christie Lites New York LLC | Michael Rawson | cmcme@christielites.com; mraws@christielites.com |
| Top 30 | CID Plumbing | | info@cid247.com |
| Colorado State AG | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Connecticut State AG | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel to Alexandra Avchukov, Quentin Chappat, and Sandra Maesta Pereira, and a class of persons similarly situated | Corbett Rights, P.C. | Jonathan Corbett | jon@corbettrights.com |
| Top 30 | Creative Artists Agency | | crossoveraccounting@caa.com |
| Counsel to LiveStyle | Cullen and Dykman LLP | Thomas R. Slome | tslome@cullenllp.com |
| Delaware State AG | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for Certain Creditors | DGW Kramer LLP | Jacob Y. Chen | jchen@dgwllp.com |
| Top 30 | DICE FM Inc. | | russ@dice.fm |
| District of Columbia State AG | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Top 30 / Committee Member | Dominic Cappelletti dba Nightmode Video, Inc. | Dominic Cappelletti | Email on File |
| Counsel to Creative Artists Agency, LLC (CAA) | Elkins Kalt Weintraub Reuben Gartside LLP | Michael I. Gottfried, Roye Zur, Lauren N. Gans | mgottfried@elkinskalt.com; rzur@elkinskalt.com; lgans@elkinskalt.com |
| Florida State AG | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Top 30 / Committee Member | Gateway Productions | Alexis Sommerfeld | accountspayable@gateway-productions.com; alex@gateway.productions |
| Georgia State AG | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Top 30 | Grant Thornton LLP | | cash@us.gt.com |
| Counsel to Juergen Bildstein | Greenspoon Marder LLP | Robert P. Wessely, Howard M. Ehrenberg, Victor A. Sahn | robert.wessely@gmlaw.com; howard.ehrenberg@gmlaw.com; victor.sahn@gmlaw.com |
| Top 30 | Hard Feelings LLC | | sveta.ermolaeva@gmail.com |
| Hawaii State AG | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Committee Member | Heini Limited Liability Corporation | Justin Smith | justin@heini.build |
| Top 30 | Heini Limited Liability Corporation | | accounting@heini.build |
| Alter Domus, as Administrative Agent and Collateral Agent under the Prepetition Financing Agreement and the DIP Facility | Holland & Knight LLP | Anastasia Sotiropoulos, Joshua M. Spencer | anastasia.sotiropoulos@hklaw.com; joshua.spencer@hklaw.com |
| Idaho State AG | Idaho Attorney General | Attn Bankruptcy Department | bankruptcy@ag.idaho.gov |
| Illinois State AG | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| Indiana State AG | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Iowa State AG | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Top 30 | Iron Group Corp. | | info@ironworkspro.com |
| Kentucky State AG | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |

Exhibit A
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for MTD USA LLC | Klein LLC | Julia B. Klein | klein@kleinllc.com |
| Committee Member | Lauren Bair | | Email on File |
| Louisiana State AG | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Maine State AG | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Maryland State AG | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Counsel for AmTrust North America, Inc. on behalf of Republic - Vanguard Insurance Company | Maurice Wutscher, LLP | Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Top 30 | McAlpine | | john@mcalpinecontractingco.com |
| Counsel to Wizard Studios | McCarter & English, LLP | Kate Roggio Buck, Matthew J. Rifino | kbuck@mccarter.com; mrifino@mccarter.com |
| Counsel to the DIP Lenders and Prepetition Term Loan Lender (AG Acquisition 1 LLC) | McDermott, Will & Schulte, LLP | Adam C. Harris, Reuben E. Dizengoff | adam.harris@srz.com; reuben.dizengoff@srz.com |
| Counsel to the DIP Lenders and Prepetition Term Loan Lender (AG Acquisition 1 LLC) | McDermott, Will & Schulte, LLP | David R. Hurst, Andrew A. Mark | dhurst@mwe.com; amark@mwe.com |
| Michigan State AG | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Minnesota State AG | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Missouri State AG | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Top 30 | Moncon | | caroline@monconinc.com |
| Montana State AG | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Counsel for Nicole Brockmole, Lauren Bair, Nick Ercklentz, and Putative Class Plaintiffs | Moore Law, PLLC | Fletcher Moore | fletcher@fmoorelaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J. Monzo, Siena B. Cerra | emonzo@morrisjames.com; scerra@morrisjames.com |
| Top 30 | MTD USA LLC | | info.us@mtd.net |
| Nebraska State AG | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov |
| Nevada State AG | Nevada Attorney General | Attn Bankruptcy Department | nvagbk@ag.nv.gov |
| New Hampshire State AG | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey State AG | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New York State AG | New York Attorney General | Attn Bankruptcy Department | letitia.james@ag.ny.gov |
| North Carolina State AG | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Dakota State AG | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| Top 30 / Committee Member | Nova Traffic AG | Mirko Mueller | nova@novatraffic.ch; mimueller@schneider-transport.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jonathan Lipshie | jon.lipshie@usdoj.gov |
| Ohio State AG | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Oklahoma State AG | Oklahoma Attorney General | Attn Bankruptcy Department | cpu-bankruptcy@oag.ok.gov |
| Top 30 | One Pulse Group LLC | | luffy@onepulseevent.com |
| Oregon State AG | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; ORDOJBankruptcyNotices@doj.oregon.gov |
| Counsel to the Official Committee of Unsecured Creditors | Orrick, Herrington & Sutcliffe LLP | Nicholas Poli, Mark Franke, Brandon Batzel, Ari Roytenberg | npoli@orrick.com; mfranke@orrick.com; bbatzel@orrick.com; aroytenberg@orrick.com |
| Counsel to the Official Committee of Unsecured Creditors | Orrick, Herrington & Sutcliffe LLP | Nick Sabatino | nsabatino@orrick.com |
| Top 30 | Packin Realty Company | | gpackin@dmlumber.com |
| Counsel for Anthony Palie, Dakota Bedell, Carl Corbo, Annabel Gould, Dolores Thompson, Bridgette Winkelmann, and Putative Class Plaintiffs | Parker Pohl LLP | Shelly L. Friedland | shelly.friedland@parkerpohl.com |
| Pennsylvania State AG | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to One Pulse, LLC, and Nightmode Video, Inc. | Pierson Ferdinand LLP | Jeffrey M. Carbino | jeffrey.carbino@pierferd.com |
| Top 30 | Plus Music US Inc. | | contact@plusmusic-us.com |
| Rhode Island State AG | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel to Dynamic Hoisting Scaffolding Inc. | Salmon, Ricchezza, Singer & Turchi LLP | Ronald L. Daugherty | rdaugherty@srstlaw.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| South Carolina State AG | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| South Dakota State AG | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel for Nicole Brockmole, Lauren Bair, Nick Ercklentz, and Putative Class Plaintiffs | Squitieri & Fearon, LLP | Lee Squitieri | lee@sfclasslaw.com |
| Top 30 | Stripe | | accounts@stripe.com |
| Top 30 | Telecom Infrastructure Corp | | bmason@telecom-wiring.com |
| Tennessee State AG | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas State AG | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 | Tomexpo AG | | info@tomexpo.com |
| Counsel for Anthony Palie, Dakota Bedell, Carl Corbo, Annabel Gould, Dolores Thompson, Bridgette Winkelmann, and Putative Class Plaintiffs | Trief & Olk | Eyal Dror | edror@triefandolk.com |
| Top 30 | United Site Services formerly Johnny on the Spot | | ar_tristate@unitedsiteservices.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Utah State AG | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Vermont State AG | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Virginia State AG | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| West Virginia State AG | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Gardner Purchaser, LLC and Stewart Purchaser, LLC | Willkie Farr & Gallagher LLP | James H. Burbage | jburbage@willkie.com |
| Wisconsin State AG | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Top 30 | Wizard Studios North, Inc | | shawn@wizardstudios.com |
| Counsel for Certain Creditors | Womble Bond Dickinson (US) LLP | Matthew P. Ward, Michael Barber | matthew.ward@wbd-us.com; michael.barber@wbd-us.com |
| Wyoming State AG | Wyoming Attorney General | Attn Bankruptcy Department | ag.webmaster@wyo.gov |
| Top 30 | Zin Electrical Inc. | | norbertg@zinelectrical.com |

# Exhibit B

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Committee Member | Aaron Clevenger c/o Wasserman Music LLC | Kelly Weiss | 10900 Wilshire Blvd | | | Los Angeles | CA | 90024 | |
| Top 30 | Able Equipment Rental Inc | United Rentals | 100 First Stamford Place Ste 700 | | | Stamford | CT | 06902 | |
| Top 30 | AEG Presents LLC | | 53 W 23rd St | Floor 5 | | New York | NY | 10010 | |
| Alabama State AG | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | |
| Alaska State AG | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 | |
| Top 30 | Alex Josowitz | | Address on File | | | | | | |
| Arizona State AG | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | |
| Arizona State AG | Arizona Attorney General - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | |
| Arkansas State AG | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | |
| United States AG | Attorney General of the United States | | 950 Pennsylvania Ave NW | | | Washington | DC | 20530 | |
| Top 30 | Black Coffee Entertainment (Pty) Ltd | | 9 Autumn Street | | | Rivonia | Johannesburg | 2191 | South Africa |
| Top 30 | Brookside Environmental, Inc. | | 22 Ocean Avenue | | | Copiague | NY | 11726 | |
| Top 30 | BrownTech | | 72 Bowne Street | | | Brooklyn | NY | 11237 | |
| California State AG | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Top 30 / Committee Member | Christie Lites New York LLC | Michael Rawson | 6990 Lake Ellenor Drive | | | Orlando | FL | 32809 | |
| Top 30 | CID Plumbing | | 59 Satterlee Street | | | Staten Island | NY | 10307 | |
| Colorado State AG | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | |
| Connecticut State AG | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 | |
| Top 30 | Creative Artists Agency | | 2000 Avenue of the Stars | | | Los Angeles | CA | 90067 | |
| Counsel to LiveStyle | Cullen and Dykman LLP | Thomas R. Slome | 333 Earle Ovington Boulevard, 2nd Floor | | | Uniondale | NY | 11553 | |
| Delaware State AG | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 | |
| Counsel for Certain Creditors | DGW Kramer LLP | Jacob Y. Chen | 45 Rockefeller Plaza, 20th Floor | | | New York | NY | 10111 | |
| Top 30 | DICE FM Inc. | | 10 Grand Street | Suite 400 | | Brooklyn | NY | 11249 | |
| District of Columbia State AG | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 | |
| Top 30 / Committee Member | Dominic Cappelletti dba Nightmode Video, Inc. | Dominic Cappelletti | Address on File | | | | | | |
| Florida State AG | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Top 30 / Committee Member | Gateway Productions | Alexis Sommerfeld | 10 Mulliken Way | | | Newburyport | MA | 01950 | |
| Georgia State AG | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Top 30 | Grant Thornton LLP | | 1415 Vantage Park Drive | Suite 500 | | Charlotte | NC | 28203 | |

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 | Hard Feelings LLC | | 5 Union Square West Frnt 1 #1417 | | | New York | NY | 10003 | |
| Hawaii State AG | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 | |
| Committee Member | Heini Limited Liability Corporation | Justin Smith | 348 Gates Ave | | | Brooklyn | NY | 11216 | |
| Top 30 | Heini Limited Liability Corporation | | 558 MacDonough Street, #3 | | | Brooklyn | NY | 11233 | |
| Alter Domus, as Administrative Agent and Collateral Agent under the Prepetition Financing Agreement and the DIP Facility | Holland & Knight LLP | Anastasia Sotiropoulos, Joshua M. Spencer | 150 N. Riverside Plaza, Suite 2700 | | | Chicago | IL | 60606 | |
| Idaho State AG | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 | |
| Illinois State AG | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| Indiana State AG | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Iowa State AG | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 | |
| Top 30 | Iron Group Corp. | | 2354 Coney Island Ave | | | Brooklyn | NY | 11223-5002 | |
| Kansas State AG | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | |
| Kentucky State AG | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 | |
| Louisiana State AG | Louisiana Attorney General | Attn Bankruptcy Department | PO Box 94005 | | | Baton Rouge | LA | 70804 | |
| Maine State AG | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | |
| Maryland State AG | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | |
| Massachusetts State AG | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 | |
| Counsel for AmTrust North America, Inc. on behalf of Republic - Vanguard Insurance Company | Maurice Wutscher, LLP | Alan C. Hochheiser | 23611 Chagrin Blvd. Suite 207 | | | Beachwood | OH | 44122 | |
| Top 30 | McAlpine | | 390 5th Ave | Suite 802 | | New York | NY | 10018 | |
| Michigan State AG | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Minnesota State AG | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | |
| Mississippi State AG | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | |
| Missouri State AG | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 | |
| Top 30 | Moncon | | 1 Blue Hill Plaza | 10th Floor | | Pearl River | NY | 10965 | |

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Montana State AG | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 | |
| Counsel for Nicole Brockmole, Lauren Bair, Nick Ercklentz, and Putative Class Plaintiffs | Moore Law, PLLC | Fletcher Moore | 30 Wall Street, 8th Floor | | | New York | NY | 10005 | |
| Top 30 | MTD USA LLC | | 5101 Chatooga Drive | | | Lithonia | GA | 30038 | |
| Nebraska State AG | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 | |
| Nevada State AG | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | |
| New Hampshire State AG | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 | |
| New Jersey State AG | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | |
| New Mexico State AG | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| New York State AG | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl | | Albany | NY | 12224-0341 | |
| NY Attorney General on Behalf of the New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Martin A. Mooney, Assistant Attorney General | Office of the New York State Attorney General | Civil Recoveries Bureau, Bankruptcy Litigation Unit | The Capitol | Albany | NY | 12224-0341 | |
| North Carolina State AG | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| North Dakota State AG | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 | |
| Top 30 / Committee Member | Nova Traffic AG | Mirko Mueller | Oberfeldstrasse 14 | Zurich Airport | | Kloten | | CH-8302 | Switzerland |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jonathan Lipshie | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Ohio State AG | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | |
| Oklahoma State AG | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | |
| Top 30 | One Pulse Group LLC | | 6280 Spring Mountain Rd | Suite 115 | | Las Vegas | NV | 89146 | |
| Oregon State AG | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| Counsel to the Official Committee of Unsecured Creditors | Orrick, Herrington & Sutcliffe LLP | Nick Sabatino | 400 Capitol Mall, Suite 3000 | | | Sacramento | CA | 95814 | |
| Top 30 | Packin Realty Company | | 5 Hemlock Hollow Place | | | Armonk | NY | 10504 | |
| Pennsylvania State AG | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Top 30 | Plus Music US Inc. | | 5 Pennsylvania Plaza | Suite 2300 | | New York | NY | 10001 | |
| Rhode Island State AG | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 | Singer Equipment Company, Inc. | | 150 South Twin Valley Road | | | Elverson | PA | 19520 | |

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| South Carolina State AG | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 | |
| South Dakota State AG | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 | |
| Top 30 | Stripe | | 354 Oyster Point Blvd South | | | San Francisco | CA | 94080 | |
| Top 30 | Telecom Infrastructure Corp | | 3204 Route 22 | | | Patterson | NY | 12563 | |
| Tennessee State AG | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | |
| Texas State AG | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| Top 30 | Tomexpo AG | | 1 Gartenstrasse | | | Wiedlisbach | | 4537 | Switzerland |
| Top 30 | United Site Services formerly Johnny on the Spot | | 3168 Bordentown Ave | | | Old Bridge | NJ | 08857 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Utah State AG | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | |
| Vermont State AG | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 | |
| Virginia State AG | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 | |
| Washington State AG | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | |
| West Virginia State AG | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 | |
| Wisconsin State AG | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 | |
| Top 30 | Wizard Studios North, Inc | | 2-15 26th Avenue | | | Astoria | NY | 11102 | |
| Wyoming State AG | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 | |
| Top 30 | Zin Electrical Inc. | | 235 West End Ave | | | Brooklyn | NY | 11235 | |