IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGDP HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11446 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 62 & 173 |

## NOTICE OF CANCELLATION OF AUCTION
## AND DESIGNATION OF STALKING HORSE BID AS THE SUCCESSFUL BID

**PLEASE TAKE NOTICE** that, on August 14, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion [D.I. 62] (the "Sale Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"), seeking entry of an order, among other things, approving (a) the sale of all or substantially all of the Debtors' assets (the "Sale") to AG Acquisition 1, LLC (the "Stalking Horse Bidder"), subject to the submission of higher or otherwise better offers in an auction process (the "Auction"), and (b) procedures for the solicitation of bids in connection with the Auction (the "Bidding Procedures"). On September 11, 2025, the Court entered an order approving the Bidding Procedures [D.I. 173] (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, (i) the deadline for submitting a Qualified Bid was October 8, 2025 at 12:00 p.m. (prevailing Eastern Time) (the "Bid Deadline") and (ii) in the event that the Debtors received a Qualified Bid in addition to the Stalking Horse Bid, an Auction was scheduled to be held on October 15, 2025.

**PLEASE TAKE FURTHER NOTICE** that, other than the Stalking Horse Bid, no other Qualified Bids were received prior to the Bid Deadline. Accordingly, pursuant to the Bidding Procedures Order and the Bidding Procedures, the Stalking Horse Bid has been designated as the Successful Bid.

**PLEASE TAKE FURTHER NOTICE that the Auction will not be held and is hereby cancelled.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors intend to present the Stalking Horse Bidder as the Successful Bidder and the Stalking

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Motion.

33636217.1

Horse Purchase Agreement as the Successful Bid at the hearing to approve the Sale scheduled for October 22, 2025 at 10:30 a.m. (prevailing Eastern Time).

Dated: October 10, 2025
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ S. Alexander Faris*
Edmon L. Morton (No. 3856)
Sean M. Beach (No. 4070)
Kenneth J. Enos (No. 4544)
S. Alexander Faris (No. 6278)
Andrew M. Lee (No. 7078)
Sarah Gawrysiak (No. 7403)
Evan S. Saruk (No. 7452)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  emorton@ycst.com
    sbeach@ycst.com
    kenos@ycst.com
    afaris@ycst.com
    alee@ycst.com
    sgawrysiak@ycst.com
    esaruk@ycst.com

*Counsel to the Debtors and Debtors in Possession*

33636217.1