IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGDP Holding, Inc. *et al.*,[1] | Case No. 25-11446 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 12** |
| | **Hearing Date: October 22, 2025 at 10:30 a.m.**<br>**Obj. Deadline: October 15, 2025 at 4:00 p.m.** |

**WHITE STAR FUNDING INC. D/B/A TVT CAP'S JOINDER TO THE LIMITED OBJECTION AND RESERVATION OF RIGHTS OF TVT CAPITAL SOURCE LLC, INSTA FUNDING LLC, AND PINNACLE BUSINESS FUNDING LLC TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 361, 362, 363, 364, 503 AND 507 OF THE BANKRUPTCY CODE (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED SUPER PRIORITY POST PETITION FINANCING; (II) GRANTING (A) LIENS AND SUPER PRIORITY ADMINISTRATIVE EXPENSE CLAIMS AND (B) ADEQUATE PROTECTION TO CERTAIN PREPETITION LENDERS; (III) AUTHORIZING USE OF CASH COLLATERAL; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF**

White Star Funding Inc. d/b/a TVT Cap ("TVT Cap"), hereby joins TVT Capital Source, LLC, Insta Funding, LLC, and Pinnacle Business Funding LLC (collectively, the "MCA Funders") limited objection and reservation of rights (the "Objection") to the *Debtors' Motion Pursuant to Sections 105, 361, 362, 363, 364, 503 and 506 of the Bankruptcy Code (I) Authorizing the Debtors to Obtain Senior Secured Super Priority Post Petition Financing; (II) Granting (A) Liens and Super Priority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [D.I. 12] (the "DIP Motion").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are AGDP Holding, Inc. (6504); Avant Gardner, LLC (6054); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431).  The Debtors' service address is 140 Stewart Ave., Brooklyn, NY 11237, Attn: General Counsel.

1.   TVT Cap agrees with and fully supports the arguments made and relief requested in the Objection. Specifically, TVT Cap joins in the Objection to the extent that approval of the DIP Motion would prime or adversely impact TVT Cap's interests until its own adversary proceeding (Adv. Proc. No. 25-51803) is fully adjudicated. TVT Cap also asserts that similar issues raised by the MCA Funders are also implicated in TVT Cap's adversary proceeding with the Debtors and such issues should be resolved in the adversary proceeding. Accordingly, TVT Cap joins in the MCA Funders' request that any final order on the DIP Motion should contain language sufficient to preserve all rights of TVT Cap that have been or may be raised in the adversary proceeding.

2.   TVT Cap expressly reserves all rights, claims, defenses and remedies, including, without limitation, to supplement and amend this joinder and to raise further and other objections to the DIP Motion.

3.   Notice of this joinder has been provided to (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Debtors; (c) counsel to the Official Committee of Unsecured Creditors, (d) counsel to the Prepetition Term Loan Lenders and the DIP Lenders; (e) counsel to the Prepetition Agent and DIP Agent; (e) counsel to LiveStyle Holdings, Inc., NYC Festivals, LLC, NYC Club Event, LLC and SFXE IP LLC (collectively, LiveStyle"); (f) the United States Attorney's Office for the District of Delaware; (g) the Internal Revenue Service; and (h) any party that has requested notice pursuant to Bankruptcy Rule 2002.

Dated: October 15, 2025

/s/ Gregory W. Hauswirth
Gregory W. Hauswirth (DE Bar No. 5679)
CAROTHERS & HAUSWIRTH LLP
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 332-7181
Email:  ghauswirth@ch-legal.com

-and-

Steven B. Eichel (pro hac vice pending)
LEECH TISHMAN
ROBINSON BROG, PLLC
One Dag Hammarskjöld Plaza
885 Second Avenue, 3rd Floor
New York, NY 10022
Telephone: (212) 603-6300
Email: seichel@leechtishman.com

*Counsel for White Star Funding, Inc.*