**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGDP HOLDING INC.,[1] | Case No. 25-11446 (MFW) |
| Debtor. | (Jointly Administered) |

**ORDER PURSUANT TO BANKRUPTCY RULE 2004
AND LOCAL RULE 2004-1 DIRECTING THE PRODUCTION OF DOCUMENTS**

Upon the motion (the "**Motion**") of the White Star Funding Inc. d/b/a TVT Cap ("**TVT Cap**") for entry of an order pursuant to Bankruptcy Code[2] section 105(a), Bankruptcy Rule 2004 and Local Rule 2004-1 directing the production of documents; and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 (a)-(b) and 1334(b) and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appears that no other or further notice need be given; and upon the record of any hearing held to consider the relief requested in the Motion; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn, resolved or overruled on the merits; and after due deliberation and sufficient cause appearing

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

2

therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. TVT Cap is authorized to issue a subpoena to the Committee for the production of documents, communications, deposition transcripts (and exhibits), filed declarations (and exhibits) electronically stored information, or tangible things responsive to the Requests.

3. The Committee shall produce documents, communications, deposition transcripts (with exhibits), filed declarations (with exhibits), electronically stored information, or tangible things responsive to the Requests as soon as practicable and not more than five (5) days after service of such subpoena unless otherwise agreed by TVT Cap and the Committee.

4. TVT Cap's rights are reserved to request additional discovery and/or examination, including, without limitation, requests based on any information that may be revealed as a result of the discovery authorized pursuant to this Order.

5. This Order is without prejudice to the right of TVT Cap to seek further discovery pursuant to Bankruptcy Rule 2004 or otherwise of any other person or entity.

6. The entry of this Order shall not impede the Court from directing relief with respect to the conduct and/or scope of Bankruptcy Rule 2004 examinations authorized herein in the event an examiner is subsequently appointed.

7. TVT Cap is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. The terms and conditions of this Order shall be effective immediately and enforceable upon entry.

9. This Court shall retain jurisdiction with respect to any matters, claims, rights, or

4938-0982-0017

3

disputes arising from or related to the Motion or the implementation or interpretation of this Order.

4938-0982-0017