## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGDP HOLDING INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11446 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date:  November 6, 2025 at 10:30 a.m. (ET)**<br>**Objection Deadline: October 30, 2025 at 4:00 p.m. (ET)** |

### NOTICE OF MOTION OF WHITE STAR FUNDING INC. D/B/A TVT CAP FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL RULE 2004-1 DIRECTING THE PRODUCTION OF DOCUMENTS

**PLEASE TAKE NOTICE** that on October 10, 2025, White Star Funding Inc. d/b/a TVT Cap., (the "**Movant**"), by and through undersigned counsel, filed the *Motion of White Star Funding Inc. d/b/a TVT Cap for Entry of an Order Pursuant To Bankruptcy Rule 2004 and Local Rule 2004—1 Directing the Production of Documents* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"), on or before October 30, 2024 by 4:00 p.m. (ET) (the "**Objection Deadline**").  At the same time you must also serve a copy of the objection upon the undersigned counsel to the Movant so that it is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on November 6, 2025 at 2:00 p.m. (ET) before the Honorable Mary F. Walrath, in Courtroom No. 4,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431).  The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

4903-2326-8206, v. 3

5th Floor, in the United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801.

Dated: October 15, 2025

Respectfully submitted,

*/s/ Gregory W. Hauswirth*
Gregory W. Hauswirth (Bar No. 5679)
CAROTHERS & HAUSWIRTH LLP
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 332-7181
Email: ghauswirth@ch-legal.com

-and-

Steven B. Eichel (pro hac vice pending)
LEECH TISHMAN
ROBINSON BROG, PLLC
One Dag Hammarskjöld Plaza
885 Second Avenue, 3rd Floor
New York, NY 10022
Telephone: (212) 603-6300
Email: seichel@leechtishman.com

*Counsel for White Star Funding, Inc. d/b/a TVT Cap*