# SCHEDULE 1

**Rejected Contracts**

| Debtor | Counterparty Name | Attn: Name (Individual or c/o) | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Title |
|---|---|---|---|---|---|---|---|---|---|---|
| Avant Gardner, LLC | 8168920 Canada Inc F/S/O Adventure Club | Steve Gordon | 9336 Civic Center Drive | | | Beverley Hills | CA | 90210 | USA | Agreement |
| Avant Gardner, LLC | Amélie BV Furnishing the Services of Amelie Lens | | 2000 Avenue of the Stars | | | Los Angeles | CA | 90067 | USA | Artist Engagement |
| Avant Gardner, LLC | ChangeEngine Inc. | | 44 Tehama St | Floor 4 | | San Francisco | CA | 94105 | USA | Order Form |
| Avant Gardner, LLC | Clair Global Integration LLC | | One Ellen Avenue | | | Lititz | PA | 17543 | USA | Agreement of Sale |
| Avant Gardner, LLC | Clair Global Integration LLC | | One Ellen Avenue | | | Lititz | PA | 17543 | USA | Agreement of Sale |
| Avant Gardner, LLC | Clair Global Integration LLC | | One Ellen Avenue | | | Lititz | PA | 17543 | USA | Videri Terms Summary |
| Avant Gardner, LLC | Disco Airlines, Inc. Furnishing the Services Disco Lines | | 16133 Ventura Blvd. Suite 700 | | | Encino | CA | 91436 | USA | Performance Contract |
| Avant Gardner, LLC | Hello Wood Zrt. | Andraz Huszar, Managing Director | Kisfaludy utca 19. | | | Budapest | | 1082 | Hungary | Project Specification No. 2 - PEBL Grands |
| Avant Gardner, LLC | Indo Warehouse Inc f/s/o Indo Warehouse | | 9336 Civic Center Drive | | | Beverley Hills | CA | 90210 | USA | Agreement |
| Avant Gardner, LLC | Peggy Gou Artistic Contracting LLC | | 11 Madison Avenue | 18th Floor | | New York | NY | 10010 | USA | Agreement |
| Avant Gardner, LLC | Sweat Lodge | | Schönleinstrasse 35 | | | Berlin | | 10967 | Germany | Booking Contract |
| Avant Gardner, LLC | the bliss office | | 36 Robinson Road, #20-01 City House | | | | | 068877 | Singapore | Hospitality Rider |
| Avant Gardner, LLC | the bliss office | | 36 Robinson Road, #20-01 City House | | | | | 068877 | Singapore | Technical Rider |
| Avant Gardner, LLC | Venue Management Systems, LLC | Attn Legal | 6720 Via Austi Pkwy, Suite 450 | | | Las Vegas | NV | 89119 | USA | Contract Agreement |
| Avant Gardner, LLC | Venue Management Systems, LLC | Attn Legal | 6720 Via Austi Pkwy, Suite 450 | | | Las Vegas | NV | 89119 | USA | UrVenue Terms Summary |
| Avant Gardner, LLC | Wild Kidz LLC Furnishing the Services of Vintage Culture | | 6735 Conroy Road, Ste 309 | | | Orlando | FL | 32835 | USA | Contract |