# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGDP HOLDING INC., *et al.*,[1] | Case No. 25-11446 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 22, 2025 at 10:30 a.m. (ET)**<br>**Obj. Deadline: At the Hearing** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that TVT Capital Source, LLC, Insta Funding, LLC, and Pinnacle Business Funding LLC (collectively, the "MCA Funders") filed the *Motion For Entry Of An Order Authorizing TVT Capital Source LLC,, Insta Funding LLC, And Pinnacle Business Funding LLC To File Under Seal Its Objection To Debtors' Motion Pursuant To Sections 105 And 363(B) Of The Bankruptcy Code And Bankruptcy Rule 9019 For An Order Approving Settlement By And Among The Debtors, Axar Capital Management LP, And The Official Committee Of Unsecured Creditors* (the "Motion to Seal") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** a hearing on the Motion to Seal will be held on **October 22, 2025 at 10:30 a.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801 (the "Hearing").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

10032418

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion to Seal may be presented at the Hearing.

Dated: October 17, 2025	  /s/ Cheryl A. Santaniello
	Cheryl A. Santaniello, Esq. (DE Bar No. 5062)
	Porzio, Bromberg & Newman, P.C.
	300 Delaware Avenue, Suite 1220
	Wilmington, Delaware 19801
	Telephone: (302) 526-1235
	Facsimile: (302) 416-6064
	Email: casantaniello@pbnlaw.com

	-and-

	Rachel A. Parisi, Esq. (*Pro Hac Vice*)
	Christopher P. Mazza, Esq. (*Pro Hac Vice*)
	Michael F. Medved, Esq. (*Pro Hac Vice*)
	Porzio, Bromberg & Newman, P.C.
	100 Southgate Parkway
	P.O. Box 1997
	Morristown, New Jersey 07962
	Telephone: (973) 538-4006
	Facsimile: (973) 538-5146
	Email: raparisi@pbnlaw.com
	Email: cpmazza@pbnlaw.com
	Email: mfmedved@pbnlaw.com

	*Counsel to TVT Capital Source, LLC, Insta Funding, LLC, and Pinnacle Business Funding LLC*

10032418