**Exhibit A**

**Proposed Order**

10032418

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGDP HOLDING INC., *et al.*,[1] | Case No. 25-11446 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No.** |

**ORDER AUTHORIZING TVT CAPITAL SOURCE LLC, INSTA FUNDING LLC, AND PINNACLE BUSINESS FUNDING LLC TO FILE UNDER SEAL ITS OBJECTION TO DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 363(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING SETTLEMENT BY AND AMONG THE DEBTORS, AXAR CAPITAL MANAGEMENT LP, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the motion (the "Motion to Seal")[2] of TVT Capital Source, LLC, Insta Funding, LLC, and Pinnacle Business Funding LLC (collectively, the "MCA Funders"), for entry of an order, pursuant to sections 105(a) and 107(b) of Bankruptcy Code, Rule 9018 of the Bankruptcy Rules, and Rule 9018-1(d) of the Local Rules, authorizing the MCA Funders to file under seal the *Objection Of TVT Capital Source LLC, Insta Funding LLC, And Pinnacle Business Funding LLC To Debtors' Motion Pursuant To Sections 105 And 363(B) Of The Bankruptcy Code And Bankruptcy Rule 9019 For An Order Approving Settlement By And Among The Debtors, Axar Capital Management LP, And The Official Committee Of Unsecured Creditors* [Docket No. 309] (the "Objection"), including the supporting exhibits thereto (collectively, the "Objection Documents"); and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding under 28 U.S.C. §

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Seal.

157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion to Seal is in the best interests of the parties in interest; and the Court having found that notice of the Motion to Seal was appropriate under the circumstances, and no other or further notice need be provided; and the Court having reviewed and considered the Motion to Seal; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is GRANTED, as set forth herein.

2. Pursuant to sections 105(a) and 107(b) of the Bankruptcy Code and Local Rule 9018-1, the MCA Funders are authorized to file the Objection Documents under seal.

3. The MCA Funders are authorized to take any and all other actions necessary or appropriate to effectuate this Order.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

10032418