AGDP Holding Inc. 25-11446

October 22, 2025 at 10:30 am

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Rick | Archer | Law360 | | 25-11446-MFW | Audio Only |
| Brandon | Batzel | Orrick, Herrington & Sutcliffe LLP | Official Committee of Unsecured Creditors | 25-11446-MFW | Video and Audio |
| Sean | Beach | Young, Conaway, Stargatt & Taylor | Debtors | 25-11446-MFW | Video and Audio |
| Israel | Berry | | | 25-11446-MFW | Audio Only |
| Richard | Bixter | Holland & Knight LLP | Alter Domus | 25-11446-MFW | Video and Audio |
| Troy | Bollman | Young Conaway Stargatt & Taylor, LLP | | 25-11446-MFW | Video and Audio |
| James | Burbage | Willkie Farr & Gallagher LLP | | 25-11446-MFW | Video and Audio |
| Michael | Busenkell | Gellert Seitz Busenkell & Brown, LLC | CID | 25-11446-MFW | Video and Audio |
| Siena | Cerra | Morris James LLP | Official Committee of Unsecured Creditors | 25-11446-MFW | Video and Audio |
| Maria | Chutchian | Bloomberg Law | Media | 25-11446-MFW | Audio Only |
| Jason | Cohen | | | 25-11446-MFW | Video and Audio |
| Pamela | Corrie | | | 25-11446-MFW | Video and Audio |
| Emily | Cowan | | Debtors | 25-11446-MFW | Video and Audio |
| Philip | Dalgarno | Willkie Farr & Gallagher LLP | | 25-11446-MFW | Video and Audio |
| Reuben | Dizengoff | McDermott Will & Schulte LLP | AG Acquisition 1 LLC | 25-11446-MFW | Video and Audio |
| Steven | Eichel | Leech Tishman Robinson Brog, PLLC | White Star Funding Inc. d/b/a TVT Cap | 25-11446-MFW | Video and Audio |
| Kenneth | Enos | Young, Conaway, Stargatt & Taylor, LLP | Debtors | 25-11446-MFW | Video and Audio |
| S. Alexander | Faris | Young Conaway Stargatt & Taylor, LLP | Debtors | 25-11446-MFW | Video and Audio |
| Timothy | Fox | Office of the United States Trustee | U.S. Trustee | 25-11446-MFW | Video and Audio |
| Mark | Franke | Orrick, Herrington & Sutcliffe LLP | Official Committee of Unsecured Creditors | 25-11446-MFW | Video and Audio |
| Jeff | Gasbarra | | | 25-11446-MFW | Video and Audio |
| Sarah | Gawrysiak | | Debtors | 25-11446-MFW | Video and Audio |
| Stephen | Golmont | | | 25-11446-MFW | Video and Audio |
| Uday | Gorrepati | | | 25-11446-MFW | Audio Only |
| Craig | Grear | | Debtors | 25-11446-MFW | Video and Audio |
| Kevin | Guerke | Young Conaway | Debtors | 25-11446-MFW | Video and Audio |
| Adam | Harris | McDermott Will & Schulte LLP | AG Acquisition 1 LLC | 25-11446-MFW | Video and Audio |
| Gregory | Hauswirth | Carothers & Hauswirth LLP | White Star Funding | 25-11446-MFW | Video and Audio |
| David | Hurst | McDermott Will & Schulte LLP | AG Acquisition 1 LLC | 25-11446-MFW | Video and Audio |
| Peter | Hurwitz | Dundon Advisers | UCC FA | 25-11446-MFW | Video and Audio |
| Alec | Ifshin | | | 25-11446-MFW | Video and Audio |
| Vik | Jindal | | | 25-11446-MFW | Video and Audio |
| Brya | Keilson | Morris James LLP | Official Committee of Unsecured Creditors | 25-11446-MFW | Video and Audio |
| Andrew | Lee | Young Conaway Stargatt & Taylor | Debtors | 25-11446-MFW | Video and Audio |
| Stephanie | Lisko | Morris James LLP | Official Committee of Unsecured Creditors | 25-11446-MFW | Video and Audio |

AGDP Holding Inc. 25-11446
October 22, 2025 at 10:30 am

| First | Last | Firm | Client | Case | Mode |
|---|---|---|---|---|---|
| Jonathan | Mammele | | Mamal, Inc. | 25-11446-MFW | Video and Audio |
| Christopher | Mazza | Porzio, Bromberg & Newman, P.C. | TVT Capital Source, LLC, Insta Funding, LLC, and P | 25-11446-MFW | Video and Audio |
| Michelle | McMahon | Cullen and Dykman LLP | LiveStyle Holdings, Inc., NYC Festivals LLC, NYC C | 25-11446-MFW | Video and Audio |
| Eric | Monzo | Morris James LLP | Official Committee of Unsecured Creditors | 25-11446-MFW | Video and Audio |
| Edmon | Morton | Young Conaway Stargatt & Taylor, LLP | Debtors | 25-11446-MFW | Video and Audio |
| Joshua | Nahas | Dundon Advisors | Official Committee of Unsecured Creditors | 25-11446-MFW | Video and Audio |
| Renae | Pagano | Young Conaway Stargatt & Taylor, LLP | Debtors | 25-11446-MFW | Video and Audio |
| Rachel | Parisi | Porzio, Bromberg & Newman, P.C. | TVT Capital Source, LLC, Insta Funding, LLC, and P | 25-11446-MFW | Video and Audio |
| Nimesh | Patel | | | 25-11446-MFW | Video and Audio |
| Chris | Podesfinski | Dundon Advisers | UCC FA | 25-11446-MFW | Video and Audio |
| Nicholas | Poli | Orrick, Herrington & Sutcliffe LLP | Official Committee of Unsecured Creditors | 25-11446-MFW | Video and Audio |
| Gary | Richards | | | 25-11446-MFW | Video and Audio |
| Ari | Roytenberg | Orrick, Herrington & Sutcliffe LLP | Official Committee of Unsecured Creditors | 25-11446-MFW | Video and Audio |
| Cheryl | Santaniello | Porzio, Bromberg & Newman, P.C. | TVT Capital Source, LLC, Insta Funding, LLC, and P | 25-11446-MFW | Video and Audio |
| Evan | Saruk | Young Conaway Stargatt & Taylor | Debtors | 25-11446-MFW | Video and Audio |
| Andy | Serbe | Debtwire | Media | 25-11446-MFW | Audio Only |
| Vince | Sullivan | Law360 | | 25-11446-MFW | Audio Only |
| Michael | Tomback | | | 25-11446-MFW | Audio Only |
| DVIR | WEINBERG | | | 25-11446-MFW | Audio Only |
| Ryan | Williams | | | 25-11446-MFW | Video and Audio |
| Alex | Wittenberg | Law360 | | 25-11446-MFW | Audio Only |
| Hooman | Yazhari | | | 25-11446-MFW | Video and Audio |