**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGDP HOLDING INC., *et al.*,[1] | Case No. 25-11446 (MFW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
### FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING LISTS

Pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the law firms of DGW Kramer LLP and Womble Bond Dickinson (US) LLP (collectively the "**Firms**") and all attorneys therein hereby withdraw their appearance as counsel for Claimants Brett Carter, Chris Adams, Daniel Ahn, Daniel Chiu, Jin Yan Ang, John Jeon, John Sun, Joshua Friedman, Ryan Howard, Tim Howard, Wei Chieh, *see Brett Carter et al v. Alegria Productions Inc. et al.*, 521124/2023 (New York State - Kings County Supreme Court), and Billy Ting, Duoc Vo, Garry Huang, Jeffrey Wang, Joshua Chin, Willy Ngo, *see Brockmole* et al. *v. EZ Festivals LLC* et al., 1:23-CV-8106-MMG-JW (S.D.N.Y.) and a Class of All Persons Similarly Situated (the "**Class Group**") in the above-captioned bankruptcy cases (the "**Cases**"). The undersigned hereby certifies that (i) the Class Group has no controversy pending before the Court and (ii) the Class Group consents to the withdrawal of the Firms as its counsel in connection with the Cases.

The undersigned requests that the Clerk of the United States Bankruptcy Court for the District of Delaware and the above-captioned debtors remove the Firms, including the undersigned

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

attorneys, from the CM/ECF and paper noticing lists for the Case.  This withdrawal of appearance

does not affect the appearance by the Firms or any attorneys in the Firms on behalf of any other

creditor or party in connection with these cases.

Dated: April 17, 2026
      Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (DE Bar No. 4471)
Michael Barber (DE Bar No. 7158)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 252-4337
Email:  matthew.ward@wbd-us.com
       michael.barber@wbd-us.com

-and-

**DGW KRAMER LLP**
Jacob Y. Chen (admitted *pro hac vice*)
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
Telephone:    (917) 633-6860
Facsimile:    (917) 633-6183
Email:  jchen@dgwllp.com

*Counsel for the Class Group*